# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Peter K. Stris |
| CC: | Ms. Ann E. Buckley |
| | Ms. Evelyn H. Chung |
| | Mr. Michael T. George |
| | Mr. David C Knieriem |
| | Mr. Victor O'Connell |
| **FROM:** | Jackie P. Polk |
| **DATE:** | July 23, 2013 |
| **RE:** | 13-2233  Salvador Silva v. Metropolitan Life Insurance Co, et al |

     Your PAPER brief in the above-case has been received. In reviewing the brief, we noted the deficiencies shown below. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

____x____ADDENDUM NOT ATTACHED TO PAPER COPY OF BRIEF.

     Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.